Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED
FEB 28 2018
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
_____ District of Kansas
_____ Division

Valeriece D. Ealom
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

United States; Core Civic; Officer Malanowski; Officer Turkin; Officer Putnam
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 18-3045-SAC
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Valeriece D. Ealom
   All other names by which you have been known: none
   ID Number: 16377-045
   Current Institution: Core Civic Corporation (CCA)
   Address: 100 Highway Terrace
   Leavenworth, KS 66048
   City / State / Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: United States
   Job or Title (if known): Government Agency
   Shield Number: unknown
   Employer: Dept of Justice
   Address: unknown
   City / State / Zip Code
   [X] Individual capacity  [X] Official capacity

   Defendant No. 2
   Name: Core Civic Corporation
   Job or Title (if known): unknown
   Shield Number: unknown
   Employer: unknown
   Address: 100 Highway Terrace
   Leavenworth, KS 66048
   City / State / Zip Code
   [X] Individual capacity  [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name _Officer Malanowski_
Job or Title *(if known)* _Correctional Officer_
Shield Number _Unknown_
Employer _Core Civic Corporation (CCA)_
Address _100 Highway Terrace_
_Leavenworth_     _KS_     _66048_
  City      State    Zip Code

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
Name _Officer Turkin_
Job or Title *(if known)* _Correctional Officer_
Shield Number _Unknown_
Employer _Core Civic Corporation (CCA)_
Address _100 Highway Terrace_
_Leavenworth_     _KS_     _66048_
  City      State    Zip Code

☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Eighth Amendment_

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Valeriece D. Ealom                    #16377-045

Defendant No. 5

Officer Putnam
Correctional Officer
 unknown
Core Civic Corporation (CCA)
100 Hwy Terrace
Leavenworth, KS 66048

☒ Individual capacity  ☒ official capacity

(Additional page)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## Eighth Amendment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## Violation of Religious Rights

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)* **Supervised Release Revocation detainee**

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

**N/A**

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

**Core Civic (CCA) 100 Hwy Terr, Leavenworth, KS 66048**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

01/09/2018 Appx 1:36pm; 01/29/2018 Appx 9:30am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was spoken to in a negative manner about my religious head gear. I am Muslim and CCA chaplain Wichman provided what I am to wear while incarcerated at CCA. Officers Malanowki, Turkin and Putnam have continuously harassed me by referring to my headgear as a "rag" and threatening me with a violation. I was denied my medication by Turkin because I had on my religious headgear

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The injury I received came about when officer Turkin refused to allow me to go to medical because I would not remove my religious headgear. She stated I had to "take off the rag" or not go to medical to receive my life-sustaining medication, that is prescribed on a daily basis

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like these officers, as well as CCA to post religious headgear in the dorms, so officers are aware of it. The staff needs to be trained in communication and policy. I want the officers reprimanded. I want an amount of damages, in the sum of $250,000.00 for humiliation, racial discrimination, religious discrimination and refusal of medical treatment

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Core Civic Corporation 100 Hwy Terr, Leavenworth, KS 66048

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
religious, medical, facility staff

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes     N/A

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Core Civic Corporation (CCA)
   100 Hwy Terrace
   Leavenworth, KS 66048

2. What did you claim in your grievance?

   Staff Harassment and denial of medical treatment arising from religious headgear

3. What was the result, if any?

   I spoke with Unit Manager (Brenda Miller) About the Staff Harassment. I Addressed the matter in A grievance, but continued to be harassed by same officers

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I spoke with proper channels of staff. Yes, process is completed

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)    N/A

   Defendant(s)    _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number    N/A

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit    N/A

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition.    N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ___N/A___
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   ___N/A___

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   ___N/A___

6. Is the case still pending?
   ☐ Yes
   ☒ No
   If no, give the approximate date of disposition ___N/A___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   ___N/A___

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02\23\2018

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: Valeriece D. Ealom
Prison Identification #: 16377-045
Prison Address: Core Civic Corporation (CCA)
100 Hwy Terr, Leavenworth, KS 66048

B. **For Attorneys**

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City / State / Zip Code
Telephone Number:
E-mail Address:

Page 11 of 11

1/26/18

Grievance No.: 2018-701-00036-G

14-5B

# INMATE/RESIDENT GRIEVANCE

| FULL NAME: | Valeriece Ealom | | |
|---|---|---|---|
| NUMBER: | 16377-045 | HOUSING ASSIGNMENT: | W-122 |

**INFORMAL RESOLUTION ATTACHED** (Not required for an emergency grievance)?   ☐ YES   ☐ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| 1. Facility Staff *(circled)* | 8. Dental Services | 15. Housing |
|---|---|---|
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

Miller

01/09/2018
1:30pm

I have a concern with Officer "Malenoki" giving me "Valeriece Ealom" an ultimatum. On going to church or getting my hair done for visit... what give her "Malenoki" the right to ask to choose... Officer Maleiski refused to give me a grievance to address the matter... Mrs. Miller gave me the grievance... Officer "Maleneski" continues to harass me about *[illegible]* religious head gear... calling it a rag... he says I can't wear it... This issue is really insulting... I would like this grievance placed in "Malenoski" file... These issues only happen while Malenski is working the unit...

Miranda

**Requested Action:** (Attach additional pages if necessary)

Inmate/Resident's Signature: _____   Date Submitted: 01/09/2018

Page 1 of 2                                                                                                    03/07

Grievance No.: 2018-01-00036-G                                    14-5B

**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary. All pages must include the grievance number.)

Had Chaplin talk to inmate about her Religious needs

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Inmates do not have to choose to go to Church or receive barber services. If you go to church we will place you on the list for when you get back. Grievances are available 24/7 to all inmates. If we are out in the unit ask any staff and one will be provided. It may take a few minutes to get them for you. The Chaplin met with the inmate and made sure she received her head wrap and spoke about other items she needed. Staff also instructed she may wear her black or white wrap.

Responding Staff Member's Printed Name: Brenda Miller    Title: Unit Manager
Responding Staff Member's Signature: Brenda Miller       Date: 1-19-18
Inmate/Resident's Signature (upon receipt): _____ Date: 1/19/18

**INMATE/RESIDENT APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Warden/Administrator's Signature: _____ Date: _____
Inmate/Resident's Signature (upon receipt) _____ Date: _____

Page 2 of 2                                                    03/07

2/12/18

Grievance No.: 2018-701-00078-G    14-5B

# INMATE/RESIDENT GRIEVANCE

**FULL NAME:** Valeriece Ealom
**NUMBER:** 16377-045    **HOUSING ASSIGNMENT:** W-122

**INFORMAL RESOLUTION ATTACHED** (Not required for an emergency grievance)? ☑ YES ☐ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| | | |
|---|---|---|
| 1. Facility Staff (circled) | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).    Miller

I am having an issue with my religious preferences... It's about my religious head gear... Office Turkin & Putnum refused to open my door for medication at 9am... After my door was opened 9:30am... I asked to go to medical to take my medication... medical approve... when I got in the sally port "Turkin" said to me... "you not going anywhere with that rag on your head... Turkin said take it & the sleeve is contraband... I refused she said write it up... Grievance... it won't do any good it will be shredded... So I asked for a Lt or Captain... I was refused once again... I feel this is complete harassment... I also advised Turkin... Mrs Miller & Chaplin & Marshals has approved my religious head gear... Turkin said she didn't know anything about it... When "Turkin" refused to allow me to go to medical with my head gear religious... I didn't receive my morning medication at all... "This medication sustains my life."

**Requested Action:** (Attach additional pages if necessary) Put up a picture to show religious item. To respect my religion

**Inmate/Resident's Signature:** [signature]    **Date Submitted:** 01/29/2018

Page 1 of 2    03/07